UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBIN BLAKE COMBS, SR.,<br><br>    Plaintiff,<br><br> v.<br><br>STATE OF WASHINGTON, WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, BERNIE WARNER, STEVE HAMMOND, MICHAEL KENNEY, CARE REVIEW COMMITTEE, RONALD FREDRICK, TAMARA ROWDEN, ISRAEL (ROY) GONZALEZ, JAY JACKSON, DIANA BENFIELD, GREG GARRINGER, JOENNE McGERR, GARY FRIEDMAN, JEFFREY A. UTTECHT, DAVID P. BAILEY, MELISSA ANDREWJESKI, RUBY JOHNSON, MARK BRAWDY, J. BROWN, BRYAN KING, KEVIN K. SMITH MD, ELIZABETH SUITER MD, DALE FETROE MD, JEAN RYAN, ERIC ASKREN, JANE and JOHN DOES,<br><br>    Defendants. | CASE NO. C12-5280 RBL/KLS<br><br>ORDER GRANTING MOTION FOR RECONSIDERATION AND AMENDED ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

  Before the Court is Plaintiff's motion for reconsideration. ECF No. 22. Plaintiff seeks reconsideration of this Court's Order granting Plaintiff's application to proceed *in forma pauperis* (IFP). ECF No. 17. Plaintiff correctly notes that the Order incorrectly directs the IFP account manager at the Monroe Correctional Complex to deduct the $350.00 filing fee from

ORDER - 1

1  Plaintiff's prisoner account. *Id.* The filing fee in this matter was paid by Defendants when this

2  case was transferred from Thurston County Superior Court.

3        Accordingly, it is **ORDERED**:

4        (1)    Plaintiff's motion for reconsideration (ECF No. 22) is **GRANTED.**

5        (2)    The Court's Order (ECF No. 17) is **RESCINDED.** The Clerk is directed to send

6  a copy of this Order to the attention of the inmate account manager of the IFP account manager

7  at the Monroe Correctional Complex, Monroe, Washington.   No amounts should be deducted

8  from Plaintiff's prisoner account for this payment of filing fees for this case.  If any amounts

9  have been deducted, they should be returned to Plaintiff.

10        (3)    Plaintiff's motion to proceed IFP (ECF No. 13) is **GRANTED.**

12        DATED this <u>16th</u> day of October, 2012.

                        Karen L. Strombom
                        United States Magistrate Judge