UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBIN BLAKE COMBS, SR., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON, WASHINGTON DEPARTMENT OF CORRECTIONS, JEFFREY A. UTTECHT, DAVID P. BAILEY, MELISSA ANDREWJESKI, BRYAN KING, JOSHUA C. BROWN, ERIC ASKREN, ELIZABETH G. SUITER, DATE FETROE, ELDON VAIL, BERNIE WARNER, STEVE HAMMOND, (FNU) KENNEY, CARE REVIEW COMMITTEE, RONALD FREDRICK, TAMARA ROWDEN, ISRAEL (ROY) GONZALEZ, JAY JACKSON, DIANA BENFIELD, GREG GARRINGER, JOENNE MCGERR, GARY FRIEDMAN, RUBY JOHNSON, MARK BRAWDY, KEVIN K. SMITH, JEAN RYAN, F. JOHN SMITH, MARY HOUSEMAN, CATHY BAUM, LOUIE FIGUEROA, MAY COLTER, INDA HERTZ, SANDRA CONNER, GARY FLETCHER, RODOLFO TREVINO, GLEN SILVER, KIM DOTSON, PAUL LARSEN, JOSEPH LOPIN, JACKIE SHUEY, LISA ANDERSON-LONGANO, MEGAN HERDENER, JAMES J. EDWARDS, PAMELYN SAARI, KEN E. MOORE, DAN E. DELP, SHIRLEE M. NEISNER, JANE and JOHN DOES, <br><br> Defendants. | No. C12-5280 RBL/KLS <br><br> ORDER DIRECTING SUBMISSION OF ADDRESSES UNDER SEAL |

ORDER - 1

On November 2, 2012, Defendants were directed to provide the addresses of certain named Defendants under seal.  ECF No. 47.  Defendants have complied with the Court's Order.  ECF No. 59.  On the same day as the Court's Order, an Order for Service to Defendant Mary Houseman was returned because she is no longer employed at Airway Heights Correction Center, the work address provided by Plaintiff.

If Defendants are in possession of the last known business or last known home address for Mary Houseman, they shall submit such information to the court **under seal** so that the Clerk may attempt to effect service.

It is, therefore, **ORDERED:**

(1) If Defendants are in possession of the last known business or last known home address of Mary Houseman, they shall submit such address to the Court **under seal on or before November 30, 2012.**

(4) The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this  16th  day of November, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2