UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBIN BLAKE COMBS, SR., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>STATE OF WASHINGTON, WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, BERNIE WARNER, STEVE HAMMOND, MICHAEL KENNEY, CARE REVIEW COMMITTEE, RONALD FREDRICK, TAMARA ROWDEN, ISRAEL (ROY) GONZALEZ, JAY JACKSON, DIANA BENFIELD, GREG GARRINGER, JOENNE McGERR, GARY FRIEDMAN, JEFFREY A UTTECHT, DAVID P. BAILEY, MELISSA ANDREWJESKI, RUBY JOHNSON, MARK BRAWDY, J. BROWN, BRYAN KING, KEVIN K. SMITH MD, ELIZABETH SUITER MD, DALE FETROE MD, JEAN RYAN, ERIC ASKREN, JANE and JOHN DOES, <br><br>　　　　　　Defendants. | No. C12-5280 RBL/KLS <br><br> ORDER DENYING MOTION FOR APPOINTMENT OF EXPERT WITNESSES |

Before the Court is Plaintiff's motion for the appointment of a medical expert and a dietary expert. ECF No. 87. Defendants oppose the motion. ECF No. 92. Plaintiff filed a reply. ECF No. 96. For the reasons stated below, the motion will be denied.

**DISCUSSION**

Federal Rule of Evidence 706 allows the court to appoint a neutral expert. *Students of Cal. Sch. For the Blind v. Honig,* 736 F.2d 538, 549 (9th Cir. 1984), *vacated on other grounds,*

ORDER - 1

471 U.S. 148 (1985). The determination to appoint an expert rests solely in the court's discretion and the complexity of the matters to be determined and the need for neutral expert review. *See Leford v. Sullivan,* 105 F.3d 354, 358-59 (9th Cir. 1997).

The Court does not agree that experts are required in this case. The questions of whether Defendants have violated Plaintiff's rights by failing to provide him with medical care or Kosher meals are not so complicated or difficult that experts are required to present or prove the case.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for the appointment of expert witnesses (ECF No. 87) is **DENIED.**

(2) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  2nd  day of May, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2