UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBIN BLAKE COMBS, SR.,<br><br>                Plaintiff,<br><br>  v.<br><br>STATE OF WASHINGTON, WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, BERNIE WARNER, STEVE HAMMOND, MICHAEL KENNEY, CARE REVIEW COMMITTEE, RONALD FREDRICK, TAMARA ROWDEN, ISRAEL (ROY) GONZALEZ, JAY JACKSON, DIANA BENFIELD, GREG GARRINGER, JOENNE McGERR, GARY FRIEDMAN, JEFFREY A UTTECHT, DAVID P. BAILEY, MELISSA ANDREWJESKI, RUBY JOHNSON, MARK BRAWDY, J. BROWN, BRYAN KING, KEVIN K. SMITH MD, ELIZABETH SUITER MD, DALE FETROE MD, JEAN RYAN, ERIC ASKREN, JANE and JOHN DOES,<br><br>                Defendants. | No. C12-5280 RBL/KLS<br><br>ORDER GRANTING MOTION FOR EXTENSION OF DISPOSITIVE MOTIONS DEADLINE |

Before the Court is Defendants' motion to extend the current dispositive motion deadline of July 26, 2013. ECF No. 118. Plaintiff does not object to a sixty day extension of the deadline. *Id.*, Exhibit 1, Declaration of Andrea Vingo at ¶ 4.

Accordingly, it is **ORDERED:**

(1)    Defendants' motion (ECF No. 118) is **GRANTED.**

ORDER - 1

(2) The dispositive motion deadline is extended to **October 4, 2013.**

(3) The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this 5th day of August, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2