HONORABLE RONALD B. LEIGHTON

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9 | ROBIN BLAKE COMBS SR,

CASE NO. C12-5280 RBL

Plaintiff,

10

ORDER ADOPTING R&R AND
GRANTING SUMMARY
JUDGMENT

v.

11

12 | WASHINGTON STATE, et al.,

[DKT. #138]

Defendants.

13

14      THIS MATTER is before the Court on the Magistrate Judge's Report and

15 | Recommendation [Dkt. #138], Plaintiff Combs' Motion for Leave [Dkt. #145] to file excess

16 | pages in response, and Plaintiffs' Objections [Dkt. #146] to the R&R. The Motion for Leave is

17 | GRANTED, and the Court has considered the Plaintiff's lengthy Objections.

18      Combs is a prisoner at Monroe.  He was previously incarcerated at Coyote Ridge

19 | Corrections Center.  He asserts federal and state law claims that the Defendants interfered with

20 | his free exercise of religion, and his access to the courts, and that he was subjected to

21 | discrimination and retaliation.  Defendants seek Summary Judgment, specifically dismissal of

22 | the federal claims with prejudice, and the dismissal of the state law claims without prejudice.

23

24

1       The Magistrate Judge's thorough R&R outlines the facts, claims and arguments related to

2   the case and the motion.  Plaintiff's primary objection to that Recommendation is that he wants

3   the Court to consider a variety of internet medical articles he offered, and which the Magistrate

4   Judge excluded as hearsay.

5       The Magistrate Judge's determination was and is correct, and the medical articles do not

6   alter the legal conclusion that he Motion should be granted in any event.

7       The Report and Recommendation is ADOPTED, and the Defendants' Motion for

8   Summary Judgment is GRANTED. Plaintiff Combs' federal claims are DISMISSED with

9   prejudice, and his state law claims are DISMISSED without prejudice.

10  IT IS SO ORDERED.

11      Dated this 29th day of August, 2014.

12

13      _____
        RONALD B. LEIGHTON
14      UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

[DKT. #138] - 2